```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

RICKY SENESACKDA                                                    PLAINTIFF

             v.               Civil No. 11-5140

SHERIFF KEITH FERGUSON;
LT. CARTER; CPT. HOLLY;
MAJOR DRAKE; and SGT. BARR                                         DEFENDANTS

### ORDER

Now on this 8th day of February, 2012, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #8), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #8) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed with prejudice based on plaintiff's failure to obey the orders of this Court and his failure to prosecute this action**. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE